537 U.S. 1089
 RUSSELL KIKENBORG, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF RUSSELL
v.
NEW YORK CITY HEALTH AND HOSPITALS CORP. ET AL.
 No. 02-718.
 Supreme Court of United States.
 December 16, 2002.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Reported below: 291 App. Div. 2d 281, 738 N. Y. S. 2d 37.